# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SHIRILLA, NATALIE S | § | Case No. 22-11434 AIH |
| SHIRILLA, STEVEN J | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/19/2022 . The undersigned trustee was appointed on 05/19/2022 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $         6,917.05

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 7.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                 $ | 6,909.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

22-11434-aih   Doc 26   FILED 12/13/22   ENTERED 12/13/22 12:34:25   Page 1 of 10

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/30/2022  and the deadline for filing governmental claims was  11/15/2022 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,441.71 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,441.71 , for a total compensation of $ 1,441.71 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.04 , for total expenses of $ 18.04 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _12/08/2022_____     By:/s/ALAN J. TREINISH, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 22-11434 AIH Judge: ARTHUR HARRIS

Case Name: SHIRILLA, NATALIE S
SHIRILLA, STEVEN J

For Period Ending: 12/08/22

Trustee Name: ALAN J. TREINISH, TRUSTEE
Date Filed (f) or Converted (c): 05/19/22 (f)
341(a) Meeting Date: 06/21/22
Claims Bar Date: 09/30/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE RESIDENCE | 261,000.00 | 0.00 | | 0.00 | FA |
| 2. 2018 TOYOTA CAMRY | 18,630.00 | 4,925.00 | | 4,925.00 | FA |
| 3. 2014 FORD FOCUS | 3,657.00 | 0.00 | | 0.00 | FA |
| 4. 2008 BMW | 3,000.00 | 1,525.00 | | 1,525.00 | FA |
| 5. FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. TVS COMPUTERS PHONES | 500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING. | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY. | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. DOGS AND CATS | 0.00 | 0.00 | | 0.00 | FA |
| 10. CASSH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 11. HUNTINGTON CHECKING | 1,574.36 | 0.00 | | 0.00 | FA |
| 12. CITIZENS CHECKING VALUE AMENDED | 1,017.05 | 467.05 | | 467.05 | FA |
| 13. CITIZENS CUSTODIAL SAVING | 822.59 | 0.00 | | 0.00 | FA |
| 14. CITIZENS CUSTODIAL SAVINGS | 1,469.07 | 0.00 | | 0.00 | FA |
| 15. ROTH IRA | 43,744.24 | 0.00 | | 0.00 | FA |
| 16. ROTH IRA | 43,534.00 | 0.00 | | 0.00 | FA |
| 17. 2021 FEDERAL AND STATE REFUND | 3,339.00 | 0.00 | | 0.00 | FA |
| 18. NORTHWESTERN MUTUAL LIFE INS | 5,735.15 | 0.00 | | 0.00 | FA |
| 19. NORTHWESTRN MUTUAL LIFE INS | 2,246.10 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $397,318.56 $6,917.05 $6,917.05 $0.00

(Total Dollar Amount in Column 6)

Case No:    22-11434    AIH   Judge: ARTHUR HARRIS

Case Name:    SHIRILLA, NATALIE S

               SHIRILLA, STEVEN J

Trustee Name:    ALAN J. TREINISH, TRUSTEE

Date Filed (f) or Converted (c):  05/19/22 (f)

341(a) Meeting Date:  06/21/22

Claims Bar Date:  09/30/22

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 13, 2022, 09:02 am REPORT OF SALE FILED THIS DATE. AWAIT BAR DATES IN NOVEMBER THEN CLOSING

August 09, 2022, 01:56 pm NOI FILED THIS DATE

August 02, 2022, 09:14 am PAYMENT IN FULL DEPOSITED TODAY AWAIT CLEARING THEN NOI ON VEHICLES.

July 27, 2022, 10:53 am AGREED TO AMOUNT, DEBTOR MAILED CHECK TODAY, REAFF FILED TODAY. ALL TERMINAL DATES ARE OK.

June 23, 2022, 09:44 am TOYOTA, BMW, COH PROPOSAL

Initial Projected Date of Final Report (TFR): 06/22/23     Current Projected Date of Final Report (TFR): 12/08/22

    /s/    ALAN J. TREINISH, TRUSTEE

_____ Date: 12/08/22

    ALAN J. TREINISH, TRUSTEE

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 22-11434  -AIH |
| Case Name: | SHIRILLA, NATALIE S |
| | SHIRILLA, STEVEN J |
| Taxpayer ID No: | *******2693 |
| For Period Ending: | 12/08/22 |

| | |
|---|---|
| Trustee Name: | ALAN J. TREINISH, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2477  Checking Account |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/22 | | NATALIE S SHIRILLA | VEHICLE EQUITY AND CASH ON DEPOSIT | | 6,917.05 | | 6,917.05 |
| | | STEVEN J SHIRILLA | | | | | |
| | | 15949 WALNUT CREEK DRIVE | | | | | |
| | | STRONGSVILLE, OH  44149 | | | | | |
| | 2 | | Memo Amount:          4,925.00 | 1129-000 | | | |
| | | | VEHICLE PAYMENT | | | | |
| | 4 | | Memo Amount:          1,525.00 | 1129-000 | | | |
| | | | VEHICLE PAYMENT | | | | |
| | 12 | | Memo Amount:            467.05 | 1129-000 | | | |
| | | | CASH ON DEPOSIT | | | | |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.14 | 6,909.91 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 6,917.05 | | COLUMN TOTALS | | 6,917.05 | 7.14 | 6,909.91 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,917.05 | 7.14 | |
| Memo Allocation Net: | 6,917.05 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,917.05 | 7.14 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 6,917.05 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Checking Account - *******2477 | 6,917.05 | 7.14 | 6,909.91 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 6,917.05 | | | 6,917.05 | 7.14 | 6,909.91 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 6,917.05 | 7.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 22.07d

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 22-11434 -AIH | |
| Case Name: | SHIRILLA, NATALIE S | |
| | SHIRILLA, STEVEN J | |
| Taxpayer ID No: | *******2693 | |
| For Period Ending: | 12/08/22 | |

| | |
|---|---|
| Trustee Name: | ALAN J. TREINISH, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2477  Checking Account |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 08, 2022

Case Number: 22-11434
Debtor Name: SHIRILLA, NATALIE S
Claims Bar Date: 09/30/22

Claim Number Sequence

Joint Debtor: SHIRILLA, STEVEN J

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2200-00 | TRUSTEE ALAN J. TREINISH 50 PUBLIC SQ. #3100 CLEVELAND, OH 44113 | Administrative EXPENSES | | $18.04 | $0.00 | $18.04 |
| 001 2100-00 | TRUSTEE ALAN J. TREINISH 50 PUBLIC SQ. #3100 CLEVELAND, OH 44113 | Administrative FEES | | $1,441.71 | $0.00 | $1,441.71 |
| 000001 070 UC | CAVALRY SPV I, LLC PO BOX 27288 TEMPE AZ 85282 | Unsecured | Filed 06/23/22 (1-1) CAVALRY SPV I, LLC AS ASSIGNEE OF CITIBANK, N.A. | $2,795.84 | $0.00 | $2,795.84 |
| 000002 070 UC | MIDLAND CREDIT MANAGEMENT, INC. PO BOX 2037 WARREN, MI 48090 | Unsecured | Filed 06/28/22 (2-1) 2225 | $3,460.35 | $0.00 | $3,460.35 |
| 000003 070 UC | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | Filed 07/02/22 | $6,610.49 | $0.00 | $6,610.49 |
| 000004 070 UC | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. POB 15368 WILMINGTON, DE 19850 | Unsecured | Filed 07/12/22 | $2,544.50 | $0.00 | $2,544.50 |
| 000005 070 UC | DISCOVER BANK DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY OHIO 43054-3025 | Unsecured | Filed 07/12/22 | $3,093.26 | $0.00 | $3,093.26 |
| 000006 070 UC | CAVALRY SPV I, LLC POB 27288 TEMPE, AZ 85282 | Unsecured | Filed 09/01/22 (6-1) CAVALRY SPV I, LLC AS ASSIGNEE OF CITIBANK, N.A./SEARS | $19,995.72 | $0.00 | $19,995.72 |
| 000007 999 SC | CHRYSLER CAPITAL P.O. BOX 961275 FORT WORTH, TX 76161 | Secured ALLOW SECURED | Filed 09/20/22 | $8,875.33 | $0.00 | $8,875.33 |
| 000008 070 UC | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK VA 23541 | Unsecured | Filed 09/30/22 | $4,735.84 | $0.00 | $4,735.84 |
| | Case Totals: | | | $53,571.08 | $0.00 | $53,571.08 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

Printed: 12/08/22 09:36 AM    Ver: 22.07d

22-11434-aih    Doc 26    FILED 12/13/22    ENTERED 12/13/22 12:34:25    Page 7 of 10

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-11434 AIH
Case Name: SHIRILLA, NATALIE S
        SHIRILLA, STEVEN J
Trustee Name: ALAN J. TREINISH, TRUSTEE

| Balance on hand | $ | 6,909.91 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | CHRYSLER CAPITAL | $ 8,875.33 | $ 8,875.33 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
|---|---|---|
| Remaining Balance | $ | 6,909.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALAN J. TREINISH, TRUSTEE | $ 1,441.71 | $ 0.00 | $ 1,441.71 |
| Trustee Expenses: ALAN J. TREINISH, TRUSTEE | $ 18.04 | $ 0.00 | $ 18.04 |

| Total to be paid for chapter 7 administrative expenses | $ | 1,459.75 |
|---|---|---|
| Remaining Balance | $ | 5,450.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,236.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAVALRY SPV I, LLC | $ 2,795.84 | $ 0.00 | $ 352.43 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | $ 3,460.35 | $ 0.00 | $ 436.20 |
| 000003 | LVNV FUNDING, LLC | $ 6,610.49 | $ 0.00 | $ 833.29 |
| 000004 | JPMORGAN CHASE BANK, N.A. | $ 2,544.50 | $ 0.00 | $ 320.75 |
| 000005 | DISCOVER BANK | $ 3,093.26 | $ 0.00 | $ 389.92 |
| 000006 | CAVALRY SPV I, LLC | $ 19,995.72 | $ 0.00 | $ 2,520.58 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 4,735.84 | $ 0.00 | $ 596.99 |

Total to be paid to timely general unsecured creditors $ 5,450.16

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE