# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  OHIO
## CLEVELAND  DIVISION

In Re:                                          §
                                                §
SHIRILLA, NATALIE S                             §        Case No. 22-11434 AIH
SHIRILLA, STEVEN J                              §
                                                §
                Debtors                         §

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALAN J. TREINISH, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                CLERK US BANKRUPTCY COURT
                201 SUPERIOR AVE. E
                CLEVELAND, OH  44114

Date Mailed: _____          By: _____

*ALAN J. TREINISH, TRUSTEE*
*50 PUBLIC SQUARE, SUITE 3301*
*CLEVELAND, OH 44113*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

In Re: §
§
SHIRILLA, NATALIE S § Case No. 22-11434 AIH
SHIRILLA, STEVEN J §
§
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 6,917.05 |
|---|---|---|
| and approved disbursements of | $ | 7.14 |
| leaving a balance on hand of[1] | $ | 6,909.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | CHRYSLER CAPITAL | $ 8,875.33 | $ 8,875.33 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 6,909.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALAN J. TREINISH, TRUSTEE | $ 1,441.71 | $ 0.00 | $ 1,441.71 |
| Trustee Expenses: ALAN J. TREINISH, TRUSTEE | $ 18.04 | $ 0.00 | $ 18.04 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,459.75 |
| Remaining Balance | $ | 5,450.16 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,236.00  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAVALRY SPV I, LLC | $ 2,795.84 | $ 0.00 | $ 352.43 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | $ 3,460.35 | $ 0.00 | $ 436.20 |
| 000003 | LVNV FUNDING, LLC | $ 6,610.49 | $ 0.00 | $ 833.29 |
| 000004 | JPMORGAN CHASE BANK, N.A. | $ 2,544.50 | $ 0.00 | $ 320.75 |
| 000005 | DISCOVER BANK | $ 3,093.26 | $ 0.00 | $ 389.92 |
| 000006 | CAVALRY SPV I, LLC | $ 19,995.72 | $ 0.00 | $ 2,520.58 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 4,735.84 | $ 0.00 | $ 596.99 |

Total to be paid to timely general unsecured creditors $ 5,450.16

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ALAN J. TREINISH
TRUSTEE

*ALAN J. TREINISH, TRUSTEE*
*50 PUBLIC SQUARE, SUITE 3301*
*CLEVELAND, OH 44113*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.