Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 22−11434−aih**

**In re:**

| | |
|---|---|
| Natalie S Shirilla | Steven J Shirilla |
| **Aka** −Natalie Ford | 15949 Walnut Creek Drive |
| 15949 Walnut Creek Drive | Strongsville, OH 44149 |
| Strongsville, OH 44149 | |

**Social Security No.:**

xxx−xx−1519                                              xxx−xx−2720

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐  The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑  Alan J. Treinish is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑  The Chapter 7 case of the debtor(s) is closed; and

☐  Other provisions as needed.

| | |
|---|---|
| **Dated:** March 22, 2023 | /s/ Arthur I. Harris |
| Form ohnb136a | United States Bankruptcy Judge |